UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA – NORTHERN DIVISION

FILE NO. 2:17-MJ-1116-BO

UNITED STATES OF AMERICA

    Vs.                                      ORDER

CHARLES WELCH, JR.,
        Defendant

UPON MOTION of the defendant and for good cause shown, the defendant's Motion for Return of License is hereby granted and the Clerk is directed to mail the defendant's license to the defendant at 2424 Pine Ridge Road, Mount Airy NC 27030.

SO ORDERED.

12-20-17

_____
United States District Court Judge